# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

Oct 21 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

JOSEPH ANDREW BAUS

and

MATTHEW ALLEN RABBITT

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1951(a) and 18 U.S.C. § 2 - Robbery Affecting Interstate Commerce and Aiding and Abetting

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

18 U.S.C. §§ 924(d) and 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Forfeiture Allegation

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this 21st day of October 2025.

Clerk

Bail, $ Warrants

Hon. Lisa J. Cisneros, U.S. Magistrate Judge

```
CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
```

FILED

Oct 21 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH ANDREW BAUS<br><br>    and<br><br>MATTHEW ALLEN RABBITT,<br><br>    Defendants. | CASE NO. 3:25-cr-00350 TLT<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1951(a) and 18 U.S.C. § 2 – Robbery Affecting Interstate Commerce and Aiding and Abetting;<br>18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition;<br>18 U.S.C. §§ 924(d) and 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

# INDICTMENT

The Grand Jury charges:

## Introductory Allegations

At all times relevant to this Indictment:

1. Defendant JOSEPH ANDREW BAUS was a resident of El Sobrante, California.

2. Defendant MATTHEW ALLEN RABBITT was a resident of San Francisco, California.

3. AT&T was a business operating throughout the United States and worldwide offering, among other services, landline and mobile telecommunication services.

INDICTMENT

4.  As relevant to this Indictment, AT&T offered telecommunication services through a series of stores located in San Francisco, California. One of its stores, the AT&T Store located at 2675 Geary Boulevard, San Francisco, California 94118, operated as a retail business selling electronic devices and cellular phone-related services to the general public. The AT&T Store's business affected commerce, as that term is defined in 18 U.S.C. § 1951, and its retail business involved the movement of articles and commodities in such commerce, as that term is defined in 18 U.S.C. § 1951.

5.  VICTIM 1 was a resident of the Northern District of California.

6.  San Francisco, California, is within the Northern District of California.

The Robbery

7.  On or about February 27, 2025, the defendants, JOSEPH ANDREW BAUS and MATTHEW ALLEN RABBITT, entered the AT&T Store located at 2675 Geary Boulevard, San Francisco, California, wearing dark hooded sweatshirts and masks. Their joint purpose was to rob the store.

8.  Defendant JOSEPH ANDREW BAUS instructed defendant MATTHEW ALLEN RABBITT to draw, and defendant MATTHEW ALLEN RABBITT drew and brandished, what appeared to VICTIM 1 to be a handgun firearm. Defendant MATTHEW ALLEN RABBITT demanded VICTIM 1 take the defendants to the back room of the AT&T Store.

9.  As they entered the back room of the AT&T Store, defendant JOSEPH ANDREW BAUS took out a bag. Defendant JOSEPH ANDREW BAUS and VICTIM 1 then took various electronic devices out of a safe and put them in the bag. One of the defendants also took approximately $100 U.S. currency from the safe. While brandishing the apparent handgun firearm, defendant MATTHEW ALLEN RABBITT told VICTIM 1 not to try anything.

10. Defendant JOSEPH ANDREW BAUS and defendant MATTHEW ALLEN RABBITT then fled the scene of the robbery and were observed by witnesses and recorded on video driving away in a black Toyota sedan. A third unidentified co-conspirator was in the getaway car.

11. In total, JOSEPH ANDREW BAUS and MATTHEW ALLEN RABBITT took, without the consent of the AT&T Store and VICTIM 1, approximately $36,500 in property and U.S. currency from the AT&T Store with the intent to permanently deprive the rightful owners of the property and

INDICTMENT                                          2

1 U.S. currency of ownership and possession of the property and U.S. currency.

<u>Identification of Black Toyota Sedan and Subsequent Apprehension</u>

12. As part of the investigation immediately following the robbery, members of the San Francisco Police Department reviewed surveillance video footage and still images from around San Francisco that depicted a particular black Toyota sedan matching the appearance of the vehicle defendant JOSEPH ANDREW BAUS and defendant MATTHEW ALLEN RABBITT used to flee the scene of the robbery as it travelled through San Francisco. Using that information, law enforcement identified the vehicle. The identified vehicle was connected through a release of liability to defendant JOSEPH ANDREW BAUS, and surveillance video depicted an individual who appeared to be defendant JOSEPH ANDREW BAUS driving the identified vehicle on the day of the robbery.

13. One day after the robbery, on or about February 28, 2025, members of the San Francisco Police Department located, attempted to stop, and engaged in a chase with, the identified black Toyota sedan. Defendant JOSEPH ANDREW BAUS was driving the identified vehicle, and defendant MATTHEW ALLEN RABBITT was in the passenger seat. Eventually, the black Toyota sedan was successfully stopped. Both defendants fled the vehicle and were apprehended.

14. The San Francisco Police Department subsequently searched the vehicle and recovered a loaded AR-style rifle from the driver's side interior compartment, a loaded AR-style rifle magazine from the center console, and a pair of jeans matching those which defendant MATTHEW ALLEN RABBITT was wearing during the robbery from the passenger side interior compartment.

15. At his arrest, defendant JOSEPH ANDREW BAUS was in possession of one of the electronic devices stolen during the robbery.

COUNT ONE:    (18 U.S.C. § 1951(a) and 18 U.S.C. § 2 – Robbery Affecting Interstate Commerce and Aiding and Abetting)

The allegations contained in Paragraphs 1 through 15 of this Indictment are re-alleged and incorporated by reference.

On or about February 27, 2025, in the Northern District of California, the defendants,

JOSEPH ANDREW BAUS

and

INDICTMENT                                     3

MATTHEW ALLEN RABBITT,

knowingly and unlawfully obstructed, delayed, and affected commerce, as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, and did knowingly and unlawfully aid, counsel, command, induce, and procure the obstruction, delay, and effect on such commerce, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in 18 U.S.C. § 1951, in that the defendants knowingly and unlawfully took store property consisting of electronic devices and U.S. Currency from the AT&T Store located at 2675 Geary Boulevard, San Francisco, California, against the will of store employee VICTIM 1 by means of actual and threatened force, violence, and fear of injury to VICTIM 1's person, all in violation of Title 18, United States Code, Section 1951(a).

COUNT TWO:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

The allegations contained in Paragraphs 1 through 15 of this Indictment are re-alleged and incorporated by reference.

On or about February 28, 2025, in the Northern District of California, the defendant,

JOSEPH ANDREW BAUS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, one Aero Precision, Inc. model M4E1 firearm bearing serial number M4-0065411, and ammunition, namely, twenty-seven rounds of Winchester .223 REM caliber ammunition, three rounds of LC 5.56 x 45mm caliber ammunition, nineteen rounds of Tulammo .223 Rem caliber ammunition, and five rounds of R-P .223 Rem caliber ammunition, and the firearm and ammunition were in and affecting interstate and/or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

The allegations contained in Paragraphs 1 through 15 of this Indictment are re-alleged and incorporated by reference.

On or about February 28, 2025, in the Northern District of California, the defendant,

MATTHEW ALLEN RABBITT,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding

INDICTMENT                          4

one year, knowingly possessed a firearm, namely, one Aero Precision, Inc. model M4E1 firearm bearing serial number M4-0065411, and ammunition, namely, twenty-seven rounds of Winchester .223 REM caliber ammunition and two rounds of LC 5.56 x 45mm caliber ammunition, and the firearm and ammunition were in and affecting interstate and/or foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATION</u>:       (18 U.S.C. §§ 924 and 981and 28 U.S.C. § 2461)

The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of any offense set forth in Count One of this Indictment, the defendants,

JOSEPH ANDREW BAUS

and

MATTHEW ALLEN RABBITT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count One, including a forfeiture money judgment and the following property seized on or about February 28, 2025:

    a.   one Apple iPhone 16 Pro Max with serial number KXWLMJ6002.

Upon conviction of any offenses set forth in Counts Two and Three of this Indictment, the defendants,

JOSEPH ANDREW BAUS

and

MATTHEW ALLEN RABBITT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including the following property seized on or about February 28, 2025:

    a.   one Aero Precision, Inc. model M4E1 firearm bearing serial number M4-0065411 and firearm magazine;

INDICTMENT                                           5

        b.      one firearm silencer;

        c.      any and all ammunition seized during the investigation and arrest, including twenty-seven rounds of Winchester .223 REM caliber ammunition; three rounds of LC 5.56 x 45mm caliber ammunition; nineteen rounds of Tulammo .223 Rem caliber ammunition; and five rounds of R-P .223 Rem caliber ammunition.

If any of the property described above, as a result of any act or omission of the defendant(s):

        a.      cannot be located upon exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: October 21, 2025                                          A TRUE BILL.

                                                                  */s/ Foreperson*
                                                                  FOREPERSON
                                                                  San Francisco, California

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Eli J. Cohen*
ELI J. COHEN
Assistant United States Attorney

INDICTMENT                                         6